FILED: September 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6132
(3:06-cr-01011-CMC-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JONATHAN GIANNONE

    Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and appendix absent a showing of extraordinary circumstances.

    Joint appendix due: 09/19/2025

    Opening brief due: 09/19/2025

    Response brief due: 10/20/2025

    Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk